UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| GREGORY M.,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:19-CV-05089-BAT<br><br><br><br>ORDER |

The parties, acting through their respective counsel, hereby agree and stipulate that the above-captioned case be reversed and remanded for further administrative proceedings, including but not limited to the following: the administrative law judge (ALJ) will reevaluate the medical evidence, particularly the opinions from Drs. Ruddell, Carstens, and Zolnikov; reevaluate the severity of Plaintiff's mental impairments; reevaluate Plaintiff's subjective complaints; and continue the sequential evaluation process, as necessary.

The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that reasonable attorney fees and costs will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court

DATED this 24th day of September, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Presented by:

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2112
Fax: (206) 615-2531
thomas.elsberry@ssa.gov